SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ROBERT CAULEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC; CH-M CENTRE POINTE, L.L.C.; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-10202-GW-JCx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC** |

**PLEASE TAKE NOTICE** that Plaintiff ROBERT CAULEY ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　　(a) **Voluntary Dismissal.**

　　　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: December 2, 2025                    SO. CAL. EQUAL ACCESS GROUP

                                                       By:     /s/  *Jason J. Kim*
                                                           Jason J. Kim
                                                           Attorneys for Plaintiff